WARREN H. NELSON, JR.  #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone:  (619) 269 4212
Facsimile:   (619) 501 7948

Attorney for Defendant
STANDARD INSURANCE COMPANY

ALBERT J. LENZI, JR. # 90911
ZINK & LENZI
Attorneys at Law
250 Vallombrosa Avenue, Suite 175
Chico, CA 95926
Telephone: (530) 895 1234
Facsimile: (530) 895 1254

Attorneys for Plaintiff
SUZANNE MONCRIEF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE MONCRIEF,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, an Oregon Corporation, and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | Case No.:  2:10-cv-00534-MCE-KJN<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>No hearing set or required. |

　　　　The parties, plaintiff Suzanne Moncrief and defendant Standard Insurance Company ("Standard"), stipulate and agree as follows:

　　　　1.  The parties have settled this matter on terms that are confidential.

　　　　2.  The parties therefore jointly stipulate and respectfully request that the

STIP AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE – 2:10-cv-00534-MCE-KJN  - 1

Court dismiss this action with prejudice, each party to bear her or its own respective attorney fees, costs and expenses.

SO STIPULATED:

Dated:  April 27, 2011

/s/ Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY

SO STIPULATED:

Dated:  April 19, 2011

/s/ Albert J. Lenzi, Jr.
Albert J. Lenzi, Jr., Esq.

ZINK & LENZI
Attorneys at Law
250 Vallombrosa Avenue, Suite 175
Chico, CA 95926

Attorneys for Plaintiff
SUZANNE MONCRIEF

IT IS SO ORDERED.  The matter having been settled in its entirety, the Clerk of Court is hereby directed to close this file.

Dated: May 3, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE